JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON ENRIQUE RAUDALES LEIVA,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | Case No. 5:26-cv-03262-MCS-E<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Petition, IT IS ADJUDGED that:

1. The petition is GRANTED.

2. Respondents must immediately release Petitioner Nelson Enrique Raudales Leiva (A# 220-848-549) from custody on the same conditions of supervision existing prior to Petitioner's March 24, 2026, re-detention.

DATED: June 26, 2026

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

CC: Adelanto Detention Center via Email

2